**STATE of Missouri, Respondent,**

v.

**Calvin Lee WEST, Appellant.**

**WD 46750.**

Missouri Court of Appeals, Western District.

Aug. 10, 1993.

Lorry L. Kohrs, Asst. Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Jefferson City, Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SPINDEN, P.J., and FENNER and HANNA, JJ.

## ORDER

PER CURIAM.

Appeal from conviction after trial by jury of the Class A felony of robbery in the first

degree pursuant to section 569.020, RSMo 1986.

Judgment affirmed. Rule 30.25(b).